# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 3369 | **DATE** | 5/9/2013 |
| **CASE TITLE** | Sandra Fincher, et al vs. Zimmer, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, claims of Plaintiffs Sandra Fincher and Perry L. Fincher are dismissed voluntarily with prejudice, without costs, sanctions, or attorney's fees.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|